STATE OF NEW JERSEY v. CARL WILLIAMS.

October 26, 1982.

Petition for certification denied.

ALBERTA BOYLE v. CHARLES J. BREME.

October 26, 1982.

Petition for certification granted.

DONALD BASTO v. CAROLYN BASTO.

October 26, 1982.

Petition for certification denied.

DONALD BASTO v. CAROLYN BASTO.

October 26, 1982.

Cross-petition for certification denied.